*State, Petitioner, v. Hernandez, Respondent*, No. 93112-7. Petition for review of a decision of the Court of Appeals, No. 46093-9-II, April 12, 2016, 193 Wn. App. 1017. *Granted* and *remanded* to the Court of Appeals January 4, 2017.

*Kittitas County, Respondent, v. Allphin et al., Petitioners*, No. 93562-9. Petition for review of a decision of the Court of Appeals, No. 33241-1-III, August 9, 2016, 195 Wn. App. 355. *Granted on a specific issue* January 4, 2017.

*State, Respondent, v. Gray, Petitioner*, No. 93609-9. Petition for review of a decision of the Court of Appeals, No. 32354-4-III, June 14, 2016, 194 Wn. App. 457. *Granted* January 4, 2017.

*Rodriguez, Petitioner, v. Zavala, Respondent*, No. 93645-5. Petition for review of a decision of the Court of Appeals, No. 33649-2-III, August 18, 2016, 195 Wn. App. 1047. *Granted* January 4, 2017.

*State, Respondent, v. Bluford, Petitioner*, No. 93668-4. Petition for review of a decision of the Court of Appeals, No. 73047-9-I, August 29, 2016, 195 Wn. App. 570. Petitioner's petition for review *granted* and respondent's request for review *granted* January 4, 2017.